SHEREEANN ALAYOFF, Appellant, v ABRAHAM ALAYOFF, Respondent.

Submitted July 7, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

In the Matter of AVALON GARDENS REHABILITATION AND HEALTH CARE CENTER, LLC, Appellant. COMMISSIONER OF LABOR, Respondent. (And 19 Other Related Proceedings.)

Decided September 18, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

JOHN BARDES et al., Appellants, v GALLO PINTADO et al., Respondents.

Submitted July 21, 2014; decided September 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.